AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court 

DISTRICT OF Delaware

UNITED STATES OF AMERICA
V.

Robert S. Buckley

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-209 M

(Name and Address of Defendant) REDACTED

I, the undersigned complainant being duly sworn state the following is true and correct to the best of m knowledge and belief. On or about **October 2005 through 10-26-07** in **New Castle** county, in th District of **Delaware** defendant(s) did, (Track Statutory Language of Offense)

knowingly receive and possess child pornography which had moved in interstate and foreign commerce through the INternet

in violation of Title **18** United States Code, Section(s) **2252A**

I further state that I am a(n) **ICE Special Agent** and that this complaint is based on the followin facts:

see attached affidavit

FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof:  [X] Yes   [ ] No

Signature of Complainant
SA William Horn, ICE

Sworn to before me and subscribed in my presence,

Date
Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer

at Wilmington, DE
City and State

Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1.  I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Wilmington, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The Investigations branch of INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement (ICE) in March 2003.

2.  Pursuant to 18 U.S.C. § 2251 et seq., I am authorized to investigate crimes involving the sexual exploitation of children. Sections 2252 and 2252A make it a federal crime for any person to knowingly receive or distribute child pornography that has been mailed or has been shipped or transported in foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer. That section also makes it illegal to knowingly reproduce any visual depiction for distribution in foreign commerce by any means including by computer or through the mails. I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18 U.S.C. §§ 2251, 2252 and 2252A.

3.  I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have received training from ICE regarding child pornography, the sexual abuse of children, the behavior of preferential child molesters, and how to conduct investigations of child sexual exploitation and obscenity. In the course of my duties, I have had contact, in the form of interviews and meetings, with preferential child pornographers and those involved in the distribution, sale, processing and/or producing of child pornography.

4.  On October 22, 2007, a Federal Search Warrant (Number 07-203M) was issued by the Honorable Leonard P. Stark, U.S. Magistrate Judge for the District of Delaware, authorizing the search of the premises at ▮▮▮▮▮▮▮▮▮▮▮▮ Bear, Delaware, 19701.

5.  On October 26, 2007, pursuant to that Search Warrant, ICE Agents seized a personal computer and related peripherals and computer media from the residence of Robert S. Buckley at ▮▮▮▮▮▮▮▮▮▮▮▮ Bear, Delaware, 19701.

6.  On October 26, 2007, detectives with the Delaware State Police performed a preliminary examination of the hard drive from the computer seized from Robert Buckley. That analysis revealed the presence of hundreds of notable images and videos of child pornography on the hard drive of that computer.

7.  On October 26, 2007, I interviewed Robert S. Buckley, both at his residence at ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ Bear, DE, and at Troop 6 of the Delaware State Police, in Wilmington, DE. In the course of those interviews, Robert Buckley admitted that he had knowingly downloaded a

number of images and videos containing child pornography from various internet Websites during a period of time beginning in or about mid-2005 and continuing through approximately six months ago.

WHEREFORE, your affiant avers that there is probable cause to believe that ~~[redacted]~~ *the defendant* knowingly received and possessed child pornography, visual depictions of minors engaging in sexually explicit conduct, in violation of 18 U.S.C. §§ 2252, and 2252A.

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement