Gov't. filed in open court on (RPG)

(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-209M |
| | ) |
| ROBERT S. BUCKLEY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

   __X__ Crime of violence (18 U.S.C. § 3156)

   ____ Maximum sentence life imprisonment or death

   ____ 10+ year drug offense

   ____ Felony, with two prior convictions in above categories

   __X__ Minor victim

   ____ Possession/ use of firearm, destructive device or other dangerous weapon

   ____ Failure to register under 18 U.S.C. § 2250

   __X__ Serious risk defendant will flee

   ____ Serious risk obstruction of justice

FILED

OCT 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

     _X_    Defendant's appearance as required

     _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

     _X_    Probable cause to believe defendant committed ~~10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or~~ a specified offense ( _2251A(a)(2)_ ) with minor victim

     ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

     ___    At first appearance

     _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

     ___    1. At the time the offense was committed the defendant was:

             ___ (a) on release pending trial for a felony;

             ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

             ___ (c) on probation or parole for an offense.

     ___    2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

     ___    3. The defendant may flee or pose a danger to any other person or the community.

DATED this 26th day of October, 2007.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: _____
        Edmond Falgowski
        Assistant United States Attorney



cc: DEPT.
ATTY.
USA
USM
PROB
JUDGE
ALL OF ABOVE