IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-209M |
| | ) |
| ROBERT S. BUCKLEY, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the Criminal Complaint and file, substituting the first page of the affidavit, which page is to remain sealed, with the attached first page of the affidavit from which privacy policy information is redacted.

FILED
OCT 3 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:

**IT IS SO ORDERED** this __31st__ day of __October__, 2007.

_____
Honorable Mary Pat Thynge
United States District Court