AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ **DISTRICT OF** _____

UNITED STATES OF AMERICA

v.

_Robert S. Buckley,_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _07-209M_

I, ___Robert S. Buckley___, charged in a (complaint) (petition) pending in this District with ___Knowingly Receiving + possessing child pornography___ in violation of Title ___18___, U.S.C., ___2252A___,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

```
FILED

OCT 31 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

_____
**Defendant**

___10/31/07___
**Date**

_____
**Counsel for Defendant**