**REDACTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **REDACTED** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-156 |
| | ) | |
| ROBERT S. BUCKLEY, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**Counts 1 - 4**

From on or about September 28, 2006, through on or about November 23, 2006, in the District of Delaware, Robert S. Buckley, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| *Count* | *Date Received* |
|---|---|
| 1 | September 28, 2006 |
| 2 | October 13, 2006 |
| 3 | November 17, 2006 |
| 4 | November 23, 2006 |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### Count 5

On or about October 26, 2007, in the District of Delaware, Robert S. Buckley, the defendant, knowingly possessed a computer hard drive and other digital storage media that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Counts 6 - 9

From on or about September 28, 2006, through on or about November 23, 2006, in the District of Delaware, Robert S. Buckley, the defendant, knowingly received and attempted to receive visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, the dates being described more particularly, as follows:

| Count | Date Received |
| --- | --- |
| 6 | September 28, 2006 |
| 7 | October 13, 2006 |
| 8 | November 17, 2006 |
| 9 | November 23, 2006 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

### Count 10

On or about October 26, 2007, in the District of Delaware, Robert S. Buckley, the defendant, knowingly possessed visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(b)(2)(A) and (B), and 2252A(b)(2).

A TRUE BILL:

Foreman

COLM F. CONNOLLY
United States Attorney

By: *(signature)*
Edmond Falgowski
Assistant United States Attorney

Dated: 11-27-07