IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-156-GMS |
| ROBERT BUCKLEY, | : | |
| Defendant. | : | |

**MOTION TO EXTEND TIME TO FILE PRE-TRIAL MOTIONS**

Defendant, Robert Buckley, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 5(a), for an Order enlarging the time within which pre-trial motions may be filed.

In support of this motion, the Defendant submits as follows:

1. Pre-trial motions for this case are due by January 25, 2008.

2. Defense counsel needs additional time to review the discovery in this case and to discuss this case with Mr. Buckley, to determine what, if any, pre-trial motions need to be filed. The government has indicated to defense counsel that the forensic examination of a computer, that the government alleges belongs to Mr. Buckley, has produced a considerable amount of discovery that the government has not yet had the opportunity to share with defense counsel.

3. Assistant United States Attorney, Edmond Falgowski, the attorney handling this case for the government, does not oppose the defense's request for an enlargement of time in which to file any pre-trial motions, making this motion unopposed.

4. Defense counsel, therefore, respectfully requests an additional 30 days in which to file pre-trial motions, to allow her sufficient time to review the discovery in this case and to discuss the case in general with Mr. Buckley.

5. The defense agrees to waive, pursuant to the Speedy Trial Act, any additional time given in which to file pre-trial motions.

**WHEREFORE**, it is respectfully requested that the time for Defendant to file pre-trial motions be extended to anytime after February 25, 2008.

Respectfully Submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Robert Buckley

Dated: January 25, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-156-GMS |
| ROBERT BUCKLEY, | : | |
| Defendant. | : | |

## **ORDER**

Having considered Defendant Buckley's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that pre-trial motions in this matter shall be due on the _____ day of _____, 2008, and that the time from January 25, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court