IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-156-GMS |
| ROBERT BUCKLEY, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant Buckley's Motion to Extend Time to File Pre-trial Motions,

**IT IS HEREBY ORDERED** this _28th_ day of _Jan._, 2008, that pre-trial motions in this matter shall be due on the _29th_ day of _February_, 2008, and that the time from January 25, 2008 up to the new due date for pre-trial motions to be filed shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
JAN 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE