**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No.: 07-156-GMS** |
| | : | |
| **ROBERT BUCKLEY,** | : | |
| | : | |
| **Defendant.** | : | |

**ENTRY OF APPEARANCE/SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND AGREED** that Elani Kousoulis, Esquire, hereby withdraws her appearance and in her place, James E. Liguori, Esquire, hereby enters his appearance as counsel for Defendant. Defense counsel is aware that Sentencing is set for September 5, 2008 at 10:00 a.m.

      LIGUORI, MORRIS & YIENGST

      By: /s/ James E. Liguori, Esquire
      JAMES E. LIGUORI
      Delaware Bar ID No. 415
      46 The Green
      Dover, Delaware 19901
      jliguori@lmylaw.com
      (302) 678-9900

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : |
| **v.** | :  Case No.: 07-156-GMS |
| | : |
| **ROBERT BUCKLEY,** | : |
| | : |
| **Defendant.** | : |

## CERTIFICATE OF SERVICE

I, James E. Liguori, Esquire, do hereby certify that on May 6, 2008, I personally directed an employee of Liguori, Morris and Yiengst to e-file via CM/ECF the foregoing Entry of Appearance/Substitution of Counsel for <u>United States v. Robert Buckley</u> to:

Edmond Falgowski
U.S. Attorneys Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19809

LIGUORI, MORRIS & YIENGST

By: /s/ James E. Liguori, Esquire
JAMES E. LIGUORI
Delaware Bar ID No. 415
46 The Green
Dover, Delaware 19901
jliguori@lmylaw.com
(302) 678-9900