IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-156 GMS |
| | ) | |
| ROBERT S. BUCKLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE RESCHEDULING SENTENCING HEARING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is RESCHEDULED to **Friday, September 12, 2008, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

July 30, 2008