# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008



James E. Liguori
Gregory A. Morris
Laura A. Yiengst

August 25, 2008

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 19
Wilmington, DE 19801

RE:   U.S. V. Robert S. Buckley
      Case No.: 1:07CR00156-001 GMS

Dear Judge Sleet:

     The above named Defendant is currently scheduled for sentencing on September 12, 2008 at 9:30 a.m. I am requesting a ten day continuance for Mr. Buckley's sentencing for the following reasons:

1. My sentencing memorandum cannot be completed by August 26, 2008 because I just received today the psychosexual report from Dr. Steven Samuels.
2. I have not been able to share the report with my client or the AUSA.
3. I have spoken with Corky Falgowski, AUSA and he doesn't oppose my request.

Thank you for your consideration in this matter.

Very truly yours,

James E. Liguori

JEL/jld

cc:   Corky Falgowski, AUSA (via e-file & serve)
      Jean M. Lubinsky, U.S. Probation Officer
      Robert S. Buckley