IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-156 GMS |
| | ) | |
| ROBERT S. BUCKLEY | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE RESCHEDULING SENTENCING HEARING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is RESCHEDULED to **Monday, September 29, 2008, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE


August 29, 2008